# Hobbie & Teague v. Andrews, *et al.*

*Action of Assumpsit.*

1. *Abstract on appeal; failure to set out pleadings.*—A civil case must, under the rule in reference to abstracts, be heard on appeal

[Hobbie & Teague v. Andrews, *et al.*]

on the abstract, without reference to the transcript, except for the purpose of verifying the statements of the counter abstract; and the rulings of the trial court cannot be reviewed unless the pleadings or the substance of them are shown.

APPEAL from the Circuit Court of Chambers.
Tried before the Hon. N. D. DENSON.

This was an action of assumpsit, brought by appellants against appellees to recover on an account for goods sold and delivered. The plaintiffs appeal from a judgment in favor of defendants. Under the opinion, it is not necessary to make a detailed statement of the facts.

E. M. OLIVER and ROBINSON & DUKE, for appellants.

DOWDELL & DUKE, *contra.*

BRICKELL, C. J.—The cause must, in obedience to the rule of practice, be heard and determined on the abstracts, without reference to the transcript, except for the purpose of verifying the statements of the counter abstract.—*O'Neal v. Simonton*, 109 Ala. 369.

The abstract of the appellants shows that they "amended their complaint," and, without any statement of what the amendment consisted, merely states, "which as amended is copied in the record." This is not a compliance with the rule. In all civil cases, without the pleadings, or the substance of them, there cannot be an intelligent or just revision of the rulings of the primary court. Whatever may be the nature of the rulings, whether the admission or rejection of evidence is involved, or instructions given or refused, it is obvious the rulings may be correct under one state of pleading, and erroneous under another or variant state. Unless error is affirmatively shown, it is the duty of the appellate tribunal to affirm the judgment of the primary tribunal.

Affirmed.